IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FLORENCE DAVIS,<br><br>    Plaintiff,<br><br>  v.<br><br>OPERATING ENGINEERS' LOCAL UNION #3 and JOHN BONILLA,<br><br>    Defendants.<br>_____/ | No. C-05-0221 MMC<br><br>**ORDER DIRECTING PLAINTIFF TO LODGE CHAMBERS COPIES IN COMPLIANCE WITH GENERAL ORDER 45 AND THE COURT'S STANDING ORDERS** |

On March 21, 2006, plaintiff Florence Davis electronically filed her opposition to defendants' motion for summary judgment, and related declarations. Plaintiff has violated General Order 45 and the Court's standing orders, however, by failing to deliver to the Clerk's Office "no later than noon on the business day following the day that the papers are filed electronically, one paper copy of each document that is filed electronically . . . marked 'Chambers Copy' and . . . clearly marked with the judge's name, case number, and 'Chambers Copy-Do Not File.'" See General Order 45 § VII.G; see also Standing Orders For Civil Cases Assigned to The Honorable Maxine M. Chesney ¶ 2.

Plaintiff is hereby ORDERED to comply with General Order 45 and the Court's standing orders by immediately submitting chambers copies of the above-referenced documents. The parties are hereby advised that if either party fails in the future to comply with the Court's order to provide chambers copies of electronically-filed documents, the

1  Court may impose sanctions on the noncomplying party, including, but not limited to,
2  striking from the record any electronically-filed document of which a chambers copy has not
3  been timely provided to the Court.
4  **IT IS SO ORDERED.**
5  Dated: March 27, 2006

                                            MAXINE M. CHESNEY
                                            United States District Judge