**United States District Court**

For the Northern District of California

1
2
3
4
5
6
7
8                     IN THE UNITED STATES DISTRICT COURT

9                   FOR THE NORTHERN DISTRICT OF CALIFORNIA

10

11   FLORENCE M. DAVIS,                    No. C-05-0221 MMC

12              Plaintiff,                 **ORDER DENYING DEFENDANTS'**
                                           **MOTION FOR SUMMARY JUDGMENT**
13      v.
                                           (Docket No. 35)
14   OPERATING ENGINEERS LOCAL UNION
     NO. 3 and JOHN BONILLA,
15
              Defendants.
16
     _____/
17

18          Before the Court is the motion for summary judgment filed March 7, 2006 by

19   defendants Operating Engineers Local Union No. 3 ("OE3") and John Bonilla ("Bonilla").

20   Plaintiff Florence M. Davis ("Davis") has filed opposition to the motion; defendants have

21   filed a reply.  Having considered the papers filed in support of and in opposition to the

22   motion and the arguments of counsel, and for the reasons set forth at the April 7, 2006

23   hearing, the motion is hereby DENIED.

24          This order terminates Docket No. 35.

25          **IT IS SO ORDERED.**

26   Dated: April 10, 2006                 _____
                                           MAXINE M. CHESNEY
27                                         United States District Judge

28