UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FLORENCE M. DAVIS, | No. C-05-0221 MMC (JCS) |
| Plaintiff(s), | |
| v. | **ORDER DENYING REQUEST THAT DEFENDANT BONILLA BE EXCUSED FROM ATTENDING SETTLEMENT CONFERENCE** |
| OPERATING ENGINEERS LOCAL UNION #3, ET AL., | |
| Defendant(s). | (E-FILING CASE) |

TO ALL PARTIES AND COUNSEL OF RECORD:

On April 7, 2006, counsel for Defendants petitioned the Court for an order permitting Defendant John Bonilla to be excused from attending the April 20, 2006 Settlement Conference in this matter. On April 10, 2006, counsel for Plaintiff submitted correspondence opposing Defendants' request.

Defendants' request is hereby DENIED. All parties and corporate representatives shall appear with lead trial counsel at the upcoming Settlement Conference *in person*.

IT IS SO ORDERED.

Dated: April 12, 2006

JOSEPH C. SPERO
United States Magistrate Judge