| | |
|---|---|
| 1 | SANDRA RAE BENSON, Bar No. 121324 |
| | ALAN G. CROWLEY, Bar No. 203438 |
| 2 | WEINBERG, ROGER & ROSENFELD |
| | A Professional Corporation |
| 3 | 1001 Marina Village Parkway, Suite 200 |
| | Alameda, California 94501-1091 |
| 4 | Telephone (510) 337-1001 |
| | Fax (510) 337-1023 |
| 5 | |
| 6 | Attorneys for Defendants |
| | OPERATING ENGINEERS LOCAL UNION NO. 3 and JOHN BONILLA |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| FLORENCE M. DAVIS, | ) | No.  C-05-00221 MMC |
| | ) | |
| Plaintiff, | ) | **PETITION THAT MAGISTRATE** |
| | ) | **SPERO RECONSIDER HIS DECISION** |
| v. | ) | **TO NOT EXCUSE DEFENDANT JOHN** |
| | ) | **BONILLA FROM APPEARING AT THE** |
| OPERATING ENGINEERS LOCAL UNION | ) | **SETTLEMENT CONFERENCE ON** |
| NO. 3, JOHN BONILLA, | ) | **APRIL 20, 2006, OR, IN THE** |
| | ) | **ALTERNATIVE, BONILLA BE** |
| Defendant. | ) | **AVAILABLE TELEPHONICALLY** /ORDER |
| | ) | |
| | ) | Date:   April 20, 2006 |
| | ) | Time:   9:30 a.m. |
| | ) | Dept:   Courtroom A, 15th Fl. |
| | ) |             Federal Bldg., 450 Golden Gate Ave. |
| | ) |             San Francisco, CA |

We were informed on April 11th, by Judge Spero's staff that the Judge denied Defendant's Petition to excuse Bonilla from personally appearing at the April 20th settlement conference hearing in the above-referenced matter. Defendant respectfully request the Judge reconsider this decision or, in the alternative, the Judge allow Mr. Bonilla to be available via telephone.

There appears to be a misconception on the part of the Judge's staff about whether Defendants agreed to the date of April 20th for the settlement conference. I have been involved in this case and recall specifically that the Judge's staff forced April 20th on us as the date for the

WEINBERG, ROGER & ROSENFELD
A Professional Corporation
1001 Marina Village Parkway
Suite 200
Alameda, CA  94501-1091
510.337.1001

PETITION THAT MAGISTRATE SPERO RECONSIDER HIS DECISION TO NOT EXCUSE DEFENDANT JOHN BONILLA FROM APPEARING AT THE SETTLEMENT CONFERENCE ON APRIL 20, 2006, OR, IN THE ALTERNATIVE, BONILLA BE AVAILABLE TELEPHONICALLY
Case No. C-05-00221 MMC

settlement conference before we were able to confirm that Bonilla was available on April 20th. Indeed, we had previously told Judge Spero's staff that we were available May 8th and May 9th, but we were not certain that we were available April 20th. Nonetheless, the Judge's staff ordered the settlement conference occur on April 20th. By the time the Judge's Order arrived, we were notified that Defendant Bonilla was not available April 20th because he had a speaking engagement with the retirees of Local 3 out of state which had been scheduled months earlier. There had been a delay, because Mr. Bonilla's secretary was not in on the days that we called, which was why we were not able to get back to the Judge in the one to two days in which he requested a response.

Defendants had hoped that the court would dismiss Bonilla from the lawsuit pursuant to Defendants' summary judgment motion. But it became apparent on April 7, and eventually upon receipt of the court's Order on April 12, that the Court would not dismiss Bonilla individually from the lawsuit. Defendants had hoped that, should the court dismiss Bonilla, then there would be no need to petition the Magistrate Judge to excuse Bonilla from attendance of the settlement conference. Since Defendants' summary judgment motion was denied, we repetition the Magistrate Judge.

There will be sufficient representation on behalf of Defendants to conduct a meaningful settlement discussion on April 20th without the presence of John Bonilla. While he has remained as a named Defendant due to a quirk in the definition of "employer" under the FMLA, even if any liability were ever found, he would not pay a dime since any expenses he incurred in the performance of his job would, under California Labor Code § 2802, necessarily be reimbursed by Local 3. Defendants will be present with a representative from Local 3, a representative on behalf of Mr. Bonilla, and an in person insurance representative. Given this level of representation, and the apparent misunderstanding of the Judge's staff as to whether Defendants had agreed to April 20th as an acceptable settlement conference date, we respectfully request the Judge reconsider his decision to deny Bonilla's request that he be excused from the April 20th settlement conference.

WEINBERG, ROGER & ROSENFELD
A Professional Corporation
1001 Marina Village Parkway
Suite 200
Alameda, CA  94501-1091
510.337.1001

- 2 -
PETITION THAT MAGISTRATE SPERO RECONSIDER HIS DECISION TO NOT EXCUSE DEFENDANT JOHN BONILLA FROM APPEARING AT THE SETTLEMENT CONFERENCE ON APRIL 20, 2006, OR, IN THE ALTERNATIVE, BONILLA BE AVAILABLE TELEPHONICALLY
Case No. C-05-00221 MMC

Alternatively, since we believe the court scheduled the April 20th settlement conference on a day that was not convenient to Defendants, we request that Mr. Bonilla be immediately available by phone, should there be a need to consult with him during the settlement conference. While he is speaking at a retiree function on April 20th, we could arrange to make him available by phone, should the need arise during the settlement conference.

For the above good cause, the court should excuse Bonilla from appearance at the settlement conference on April 20th. Alternatively, the court should allow Mr. Bonilla to be available by phone.

Date: April 13, 2006

            WEINBERG, ROGER & ROSENFELD
            A Professional Corporation

       By: /s/ Alan G. Crowley
            ALAN G. CROWLEY
            Attorneys for Defendants
            Operating Engineers Local Union No. 3
            and John Bonilla

108564/417472

DATED: April 18, 2006



DENIED WITHOUT PREJUDICE
Magistrate Judge Joseph C. Spero

- 3 -

PETITION THAT MAGISTRATE SPERO RECONSIDER HIS DECISION TO NOT EXCUSE DEFENDANT JOHN BONILLA FROM APPEARING AT THE SETTLEMENT CONFERENCE ON APRIL 20, 2006, OR, IN THE ALTERNATIVE, BONILLA BE AVAILABLE TELEPHONICALLY
Case No. C-05-00221 MMC

WEINBERG, ROGER & ROSENFELD
A Professional Corporation
1001 Marina Village Parkway
Suite 200
Alameda, CA 94501-1091
510.337.1001