Dated: September 1, 2006

*IT IS SO ORDERED*
*[signature]*
Judge Maxine M. Chesney

BARRY E. HINKLE, Bar No. 071223
SANDRA RAE BENSON, Bar No. 121324
ALAN G. CROWLEY, Bar No. 203438
WEINBERG, ROGER & ROSENFELD
A Professional Corporation
1001 Marina Village Parkway, Suite 200
Alameda, California 94501-1091
Telephone (510) 337-1001
Fax (510) 337-1023

Attorneys for Defendants
OPERATING ENGINEERS LOCAL UNION NO. 3 and JOHN BONILLA

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FLORENCE M. DAVIS, <br><br> Plaintiff, <br><br> v. <br><br> OPERATING ENGINEERS LOCAL UNION NO. 3, JOHN BONILLA, <br><br> Defendant. | No.   C-05-00221 MMC <br><br> **STIPULATION OF DISMISSAL** |

IT IS HEREBY STIPULATED by and between the parties to this action through their designated counsel the above captioned matter be and hereby is dismissed with prejudice pursuant to F.R.C.P. § 41(a)(1).

Dated: 8/5, 2006

By: *[signature]*
Florence M. Davis

Dated: 7/27, 2006

By: *[signature]*
Geoffrey Spellberg
Attorney for Plaintiff

Dated: 8/29/06, 2006

By: *[signature]*
John Bonilla

Dated: 8/15, 2006

By: *[signature]*
Alan Crowley
Attorney for Defendants

108564/416891

WEINBERG, ROGER &
ROSENFELD
A Professional Corporation
1001 Marina Village Parkway
Suite 200
Alameda, CA 94501-1091
510.337.1001

Stipulation of Dismissal (Case No. 05-00221 MMC)